UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS FRANKLIN,<br><br>                  Petitioner,<br><br>    v.<br><br>RAYMOND MADDEN,<br><br>                  Respondent. | Case No. CV 17-4281 DSF(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition") and supporting documents, the parties' submissions in connection with the Motion to Stay, and all of the records herein, including the January 29, 2018 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED that (1) the Petition and this action are dismissed with prejudice because petitioner's claims are barred by the statute of limitations; (2) the Motion to Stay is denied as moot; and (3) the Clerk shall enter judgment accordingly.

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on petitioner and counsel for respondent.

IT IS SO ORDERED.

DATED: 4/4/18

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE