JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS FRANKLIN,<br>Petitioner,<br><br>v.<br><br>RAYMOND MADDEN, Warden,<br>Respondent. | CV 17-4281 DSF (JC)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition, request for an evidentiary hearing, and request for a Certificate of Appealability are DENIED, and this action is DISMISSED with prejudice.

IT IS SO ORDERED.

Date: February 24, 2025

_____
Dale S. Fischer
United States District Judge